**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6690

JEROME A. WILLIAMS,

Petitioner - Appellant,

versus

WILLIE WELDON, Warden of Lieber Correctional
Institution; CHARLES M. CONDON, Attorney Gen-
eral of the State of South Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. G. Ross Anderson, Jr., District
Judge. (CA-99-1039-3-13BC)

Submitted: September 30, 1999     Decided: October 6, 1999

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerome A. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerome A. Williams appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). Because Williams failed to seek and obtain authorization to file a successive § 2254 petition under 28 U.S.C.A. § 2244 (West 1994 & Supp. 1999), the district court, adopting the recommendation of the magistrate judge, properly dismissed the appeal as successive. See 28 U.S.C.A. §§ 2244, 2254. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2